### 3657.   ALEXANDER & SONS *v.* MORRIS & CO.

HILL, C. J.   1. The bond upon which suit was brought, while not good as a statutory bond, was good as a common-law obligation. Besides, the defendant, having secured possession of the property levied upon by giving the bond to the levying officer, was estopped from attacking it as invalid. *Wall* v. *Mount*, 121 *Ga.* 831 (49 S. E. 778); *Awtrey* v. *Campbell*, 118 *Ga.* 464 (45 S. E. 301).

2. The petition as amended set forth a good cause of action, and was not subject to demurrer on any of the grounds alleged. The court properly overruled the demurrer.         ·          *Judgment affirmed.* ,.

DECIDED FEBRUARY 12, 1912.

Complaint; from city court of Nashville—Judge Lankford presiding. July 6, 1911.

*Hendricks & Christian,* for plaintiffs in error.

*W. G. Harrison,* contra.